IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAEID MOHABAT,<br><br>    Defendant. | No. CR 12-00872 EMC<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING CHANGE OF PLEA HEARING** |

The defendant Saeid Mohabat is currently scheduled to appear before this Court on Wednesday, October 9, 2013 at 2:15 p.m. for a change of plea

In this stipulated order, counsel for the defendant represents that he will be unable to attend this appearance due to a work-related meeting recently scheduled by the District Court. In addition, the continuance is necessary to permit the defense to meet and confer with government counsel regarding Farsi documents produced in discovery and contained within digital material seized from the government. The defense accordingly requests that the matter be added to the Court's calendar on Wednesday, November 13, 2013 at 2:30 p.m. for entry of a plea of guilt.

The government has no objection to this requested continuance and is available on the proposed date.

Therefore, for good cause shown the hearing now scheduled for October 9, 2013 is vacated. The matter shall be added to the Court's calendar on Wednesday, November 13, 2013 at 2:30 p.m. for change of plea.

With the agreement of the parties, the Court directs that time between October 9, 2013 and November 13, 2013, shall be excluded under the Speedy Trial Act to permit for the continuity of defense counsel, and to allow for the effective preparation of the defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

October 7, 2013
_____     _____
DATED                      EDWARD M. CHEN
                           United States District Court Judge

*GRANTED*
*Judge Edward M. Chen*

IT IS SO STIPULATED.

Monday, October 7, 2013
DATED                      MEL[...]
                           Unite[...]
                           N[...] District of California
                           ELISE BECKER
                           Assistant United States Attorney

Monday, October 7, 2013    ___/s_____
DATED                      STEVEN G. KALAR
                           Federal Public Defender
                           Northern District of California